| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: <br> DISTRICT OF HAWAII |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KUPONO RESORT LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4195412 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 1327 Ocean Avenue, Suite K <br> Santa Monica, CA 90401 <br> Number, Street, City, State & ZIP Code <br><br> Los Angeles <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Parcel No. 260150110002 Koloa, HI 96756 <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  KUPONO RESORT LLC                                                                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201                   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                   page 2

Debtor  KUPONO RESORT LLC                                             Case number (*if known*)_____
        Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |     Contact name _____ |
| | |     Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| Debtor | KUPONO RESORT LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 28, 2025
                MM / DD / YYYY

X   /s/ Darrach McCarthy                             Darrach McCarthy
   Signature of authorized representative of debtor    Printed name

Title   Manager of Kukui Management, LLC, Manager of the Debtor

---

**18. Signature of attorney**

X   /s/ Allison A. Ito                             Date   July 28, 2025
   Signature of attorney for debtor                        MM / DD / YYYY

Allison A. Ito
Printed name

Choi & Ito
Firm name

700 Bishop Street, Suite 1107
Honolulu, HI 96813
Number, Street, City, State & ZIP Code

Contact phone   808-533-1877      Email address   aito@hibklaw.com

8152 HI
Bar number and State

# RESOLUTION OF SOLE MANAGER OF
# KUPONO RESORT LLC,
# A HAWAII LIMITED LIABILITY COMPANY,
# AUTHORIZING FILING OF PETITION UNDER CHAPTER 11
# OF THE UNITED STATES BANKRUPTCY CODE

The undersigned, being the sole manager of Kupono Resort LLC, a Hawaii limited liability company (the "Company"), hereby takes the following actions and consents to the adoption of the below resolutions without a meeting or further notice, with reference to the following facts:

A. The Company's sole manager is Kukui Management LLC (the "Manager").

B. The Manager is authorized to take the actions set forth in this document pursuant to the Company's governing documents, including, without limitation, Sections 7.1 and 7.3 of its Amended and Restated Operating Agreement, without the need for a meeting or notice.

On behalf of the Company, the Manager duly authorizes and enacts the following resolutions, effective immediately:

IT IS HEREBY RESOLVED:

**Filing of Chapter 11 Bankruptcy Petition**

1. That the Manager is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company file a petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. That the Manager is hereby authorized on behalf of and in the name of the Company to execute a bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case.

3. That the Manager is hereby authorized and directed on behalf of and in the name of the Company to execute and file, and to cause counsel to the Company to prepare with the assistance of the Company, as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Manager deems necessary and proper after consultation with counsel, in connection with the Company's bankruptcy case. The filing of a bankruptcy petition shall not constitute an act to dissolve the Company.

4. That any actions previously taken by the Manager consistent with the other resolutions in this document are hereby ratified.

**Retention of Professionals**

5. That the Company retains the law firms Lesnick Prince Pappas & Alverson LLP and Choi & Ito as bankruptcy counsel for purposes of, among other things, representing the Company in its bankruptcy case, and for any other related matters that may be agreed upon in writing by the parties.

**Designation of Responsible Individual**

6. Darrach McCarthy, the sole manager of the Manager, is designated and authorized to act as the "Responsible Individual" with authority to speak for and act on behalf of the Company in its bankruptcy case and to act on behalf of the Company to effect the resolutions set forth above.

Dated: July 24, 2025      KUKUI MANAGEMENT LLC

By: _____
　　Darrach McCarthy
　　Manager

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 28, 2025      X /s/ Darrach McCarthy
                                                              Signature of individual signing on behalf of debtor

                                                              Darrach McCarthy
                                                              Printed name

                                                              Manager of Kukui Management, LLC, Manager of the Debtor
                                                              Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: KUPONO RESORT LLC
United States Bankruptcy Court for the: DISTRICT OF HAWAII
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Americo Cascella Separate Property Trust<br>7114 Coronado Ave.<br>Dallas, TX 75214 | cascella.americo@gmail.com | | Disputed | | | $7,980,598.77 |

# United States Bankruptcy Court
## District of Hawaii

In re: **KUPONO RESORT LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Americo Cascella Separate Prop.<br>7114 Corondao Avenue<br>Dallas, TX 75214 | | | 33.36% of Kupono Capital LLC |
| KR Resolution LLC<br>7114 Coronado Avenue<br>Dallas, TX 75214 | | | 0.01% of Kupono Resort LLC |
| Kukui Management LLC<br>7114 Coronado Avenue<br>Dallas, TX 75214 | | | 0.01% of Kupono Resort LLC |
| Kupono Capital LLC<br>7114 Coronado Avenue<br>Dallas, TX 75214 | | | 99.98% of Kupono Resort LLC |
| The Ischia 2017 Family Trust<br>1327 Ocean Avenue, Suite K<br>Santa Monica, CA 90401 | | | 18.55% of Kupono Capital LLC |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Kukui Management, LLC, Manager of the Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 28, 2025

Signature: /s/ Darrach McCarthy
Darrach McCarthy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Hawaii

In re: **KUPONO RESORT LLC**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Kukui Management, LLC, Manager of the Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 28, 2025**

/s/ Darrach McCarthy
Darrach McCarthy/Manager of Kukui Management, LLC, Manager of the Debtor
Signer/Title

Americo Cascella Separate Property Trust
7114 Coronado Ave.
Dallas, TX 75214


County of Kauai
Real Property Tax Collection Unit
4444 Rice St. Suite A-463
Lihue, HI 96766-1340


Department of Taxation State of Hawaii
Attn: Bankruptcy Unit
PO Box 259
Honolulu, HI 96809-0259


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J&E Koch Revocable Trust Number 1
1400 Valley Wind Ln.
Missoula, MT 59804


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

# United States Bankruptcy Court
## District of Hawaii

In re   KUPONO RESORT LLC                                            Case No.
                                    Debtor(s)                        Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   KUPONO RESORT LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

| | |
|---|---|
| Americo Cascella Separate Prop.<br>7114 Corondao Avenue<br>Dallas, TX 75214 | 33.36% of Kupono Capital LLC |
| Kupono Capital LLC<br>7114 Coronado Avenue<br>Dallas, TX 75214 | 99.98% of Kupono Resort LLC |
| The Ischia 2017 Family Trust<br>1327 Ocean Avenue, Suite K<br>Santa Monica, CA 90401 | 18.55% of Kupono Capital LLC |

☐ None [*Check if applicable*]

July 28, 2025                              /s/ Allison A. Ito
Date                                       Allison A. Ito
                                           Signature of Attorney or Litigant
                                           Counsel for   KUPONO RESORT LLC
                                           Choi & Ito
                                           700 Bishop Street, Suite 1107
                                           Honolulu, HI 96813
                                           808-533-1877  Fax: 808-566-6900
                                           aito@hibklaw.com